UNITED STATES of America,
Plaintiff–Appellee,

v.

Ruben CARDONA–PALACIOS, a.k.a.
Adalberto Rodriguez–Castro,
Defendant–Appellant.

Nos. 06–15573, 06–15659, 06–15660
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 11, 2007.

Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, Randolph P. Murrell, Chet Kaufman, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Dixie Angela Morrow, U.S. Attorney, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before DUBINA, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Ruben Cardona–Palacios in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We initially denied counsel's *Anders* motion and ordered merits briefing. Counsel subsequently filed a Motion for Reconsideration of the denial of his *Anders* motion. Upon reconsideration, our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cardona–Palacios's convictions and sentences are **AFFIRMED.**